JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PATRICIA BECK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00500 SVW (KKx)<br>(*Riverside County Superior Court Case No.: CVRI2100827*)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. Stephen V. Wilson, District Judge; Kenly Kya Kato, Magistrate Judge] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, PATRICIA BECK is hereby dismissed in its entirety, with prejudice.

Dated: __September 22, 2021__    By: _____
STEPHEN V. WILSON,
U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Sam Ryan Heidari, Esq.<br>Giorgio Cassandra, Esq.<br>Thomas J. Miletic, Esq.<br>HEIDARI LAW GROUP, PC<br>3530 Wilshire Blvd., Suite 710<br>Los Angeles, CA  90010<br>Tel: 213-884-4881<br>Fax: 213-884-4588<br>Email: Sam@Heidarilawgroup.com<br>Email: OCI@heidarilawgroup.com<br>Email: Thomas@heidarilawgroup.com<br>Eservice@Heidarilawgroup.com | Attorneys for Plaintiff, PATRICIA BECK |

5. a. **X**  **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5., this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9/14/2021 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32025\Pleadings\FEDERAL\[Proposed] Order re Voluntary Dismissal.docx

- 2 -

**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**